MURTAGH v. JOLINE et al. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Daniel Murtagh against Adrian H. Joline and others, as receivers, etc. No opinion. Application denied with $10 costs. Order signed. See, also, 70 Misc. Rep. 251, 126 N. Y. Supp. 672.

MUSSEY, Appellant, v. CASANOVA, Respondent, et al. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by Ellen S. Mussey against Pedro C. Casanova, impleaded with others. E. G. Benedict, for appellant. G. Ireland, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 127 N. Y. Supp. 1133.

In re NEWELL. (Supreme Court, Appellate Division, Fourth Department. March 31, 1911.) In the matter of Clifford H. Newell, an attorney and counselor at law. No opinion. Issues raised by the petitions and answers thereto referred to Hudson Ansley, Esq., an attorney and counselor, of Salamanca, N. Y., to take the proofs and report the same, with his opinion thereon, to this court on the 2d day of May, 1911.

NEWMAN, Respondent, v. NEWMAN, Appellant (four cases). (Supreme Court, Appellate Division, Second Department. April 7, 1911.) Actions by Frances Newman, as administratrix, against Leah Newman, interpleaded, etc. (two actions), and by Leah Newman against Frances Newman, as administratrix, etc., interpleaded (two actions). No opinions. Orders reversed, with $10 costs and disbursements, and motions denied, with $10 costs, on authority of Martin v. Prentice, 133 App. Div. 741, 118 N. Y. Supp. 215 and Miller v. Baillard, 124 App. Div. 555, 108 N. Y. Supp. 973.

In re NEW YORK INS. ASS'N. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Proceeding by the People of the State of New York, by Wm. H. Hotchkiss, as Superintendent of Insurance, etc., in the matter of the New York Insurance Association. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed:

NEW YORK PRODUCE EXCHANGE BANK, Respondent, v. TWELFTH WARD BANK OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. April 21, 1911.) Action by the New York Produce Exchange Bank against the Twelfth Ward Bank of the City of New York. O. C. Sommerich, for appellant. J. E. Kelly, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed. See, also, 135 App. Div. 52, 119 N. Y. Supp. 988.

DOWLING, J., dissents.

NEW YORK & ALBANY LIGHTERAGE CO. v. COHEN. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by the New York & Albany Lighterage Company against Isidor L. Cohen. No opinion. Application denied, with $10 costs. Order signed.

NEW YORK & ALBANY LIGHTERAGE CO. v. COHEN. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by the New York & Albany Lighterage Company against Isidor L. Cohen. No opinion. Motion denied, with $10 costs. Order filed.

NIEMAN et al. v. GARDNER. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Samuel Nieman and another against Barney Gardner. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

NOLAN, Respondent, v. DRESCHER, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by James H. Nolan against John Drescher. No opinion. Judgment of the Municipal Court affirmed, with costs.

NOOT, Respondent, v. NOOT, Appellant. (Supreme Court, Appellate Division, First Department. April 7, 1911.) Action by Louie C. Noot against Midge F. Noot. H. A. Heydt, for appellant. C. L. Hoffman, for respondent. No opinion. Judgment and order affirmed. Order filed. See, also, 137 App. Div. 922, 122 N. Y. Supp. 1138.

NORRIS, Appellant, v. REYNOLDS, Respondent. (Supreme Court, Appellate Division, First Department. March 10, 1911.) Action by William Norris against William H. Reynolds. N. Burkan, for appellant. O. E. Thornall, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 140 App. Div. 913, 125 N. Y. Supp. 1134.

In re NORTH RIVER WATER FRONT IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. March 17, 1911.) In the matter of the City of New York, as to North River Water Front, between Little West Twelfth street and Bloomfield street, etc. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

NORTON, Respondent, v. RENZ et al., Appellants. (Supreme Court, Appellate Division, First Department. April 21, 1911.) Action by Algernon S. Norton, as committee, etc., against Louisa Renz and others, impleaded, etc. J. Hirschman, for appellants. C. L. Downs, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

NYDOFSKY, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department.

April 21, 1911.) Action by Yetta Nydofsky against the Nassau Electric Railroad Company.

PER CURIAM. Judgment and order of the Municipal Court affirmed, with costs.

JENKS, P. J., and CARR, J., dissent.

O'DONOHUE, Respondent, v. GIBBS, Appellant. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Joseph J. O'Donohue, Jr., against William W. Gibbs. J. J. Kirby, for appellant. J. H. McCrahon, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

O'KEEFE, Respondent, v. DEGNON REALTY & TERMINAL IMPROVEMENT CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 17, 1911.) Action by Charles O'Keefe, an infant, by Annie O'Keefe, his guardian ad litem, against the Degnon Realty & Terminal Improvement Company. No opinion. Motion denied, without costs. See, also, 127 N. Y. Supp. 1134.

OLIVER TYPEWRITER CO., Respondent, v. NASSAU COUNTY REPUBLICAN CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by the Oliver Typewriter Company against the Nassau County Republican Company. No opinion. Motion denied, on condition that the appellant pay the respondent $10 costs, and be ready for argument when the case is reached in its present place on the calendar.

OMAN, Respondent, v. PHŒNIX BRIDGE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 8, 1911.) Action by Joseph Oman against the Phœnix Bridge Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 137 App. Div. 927, 121 N. Y. Supp. 1141.

WILLIAMS and ROBSON, JJ., dissent.

O'NEILL, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 24, 1911.) Action by Charles O'Neill against the Erie Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, upon the ground that the negligence for which a recovery was had is not sufficiently alleged in the complaint. See Pagnillo v. Mack Paving & Construction Company (Sup.) 127 N. Y. Supp. 72.

In re O'NEIL'S WILL. (Supreme Court, Appellate Division, Third Department. March 23, 1911.) In the matter of the probate of the last will and testament of John J. O'Neil, deceased. No opinion. Decree unanimously affirmed, with costs.

128 N.Y.S.—72

OSBORN, Respondent, v. CARDEZA et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 7, 1911.) Action by Ellen C. Osborn against Howard J. M. Cardeza and others.

PER CURIAM. Judgment modified, so that it shall provide that the referee's fees and the entire amount of the stenographer's fees upon the accounting, as fixed by the court at Special Term, shall be paid by defendants out of the funds found to be in their hands as accounting trustees, and by providing that neither party to this action shall recover the costs of the action as against the other, and, as so modified, the judgment is affirmed, without costs. See, also, 118 App. Div. 899, 103 N. Y. Supp. 1136; 121 App. Div. 908, 106 N. Y. Supp. 1139.

PALMER v. BOK. (Supreme Court, Appellate Division, First Department. April 13, 1911.) Action by Harry G. Palmer against Gustav Bok. No opinion. Motion granted. Settle order on notice. See, also, 127 N. Y. Supp. 1135.

In re PARROTT. (Supreme Court, Appellate Division, First Department. March 17, 1911.) In the matter of Marvin E. Parrott, an attorney. No opinion. Application granted. Settle order on notice.

PARTRIDGE, Appellant, v. MITCHELL, Respondent, et al. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Henry C. Partridge against Robert Mitchell, impleaded with others. The evidence in this case fully establishes the relation of landlord and tenant between the parties. No opinion. Final order of the Municipal Court reversed, and new trial ordered; costs to abide the event.

PECK et al., Respondents, v. H. H. FRANKLIN MFG. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 14, 1911.) Action by Carrie A. Peck and another against the H. H. Franklin Manufacturing Company. No opinion. Judgment and order affirmed, with costs.

PEEL, Respondent, v. LONG ISLAND CONTRACTING & SUPPLY CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 17, 1911.) Action by Robert Peel against the Long Island Contracting & Supply Company.

PER CURIAM. Judgment and order affirmed, with costs.

THOMAS and RICH, JJ., dissent, on the ground that there is no evidence of negligence on the part of defendant.

PENNSYLVANIA RYS. ADVERTISING CO., Appellant, v. WAVERLY, S. & A. TRACTION CO. et al., Respondents. (Supreme Court, Appellate Division, First Department.